IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02271-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1957 CHEVROLET, VIN VC57S116597,

    Defendant.

_____

**ORDER ON INTERESTED PARTY'S MOTION IN OPPOSITION
TO CIVIL COMPLAINT FOR FORFEITURE**
_____

Before the Court is Interested Party George Berkstresser's Motion in Opposition to Civil Complaint for Forfeiture [Docket #13]. Mr. Berkstresser is attempting to oppose the civil forfeiture of a 1957 Chevrolet, which he admits in his motion was transferred to someone else as a gift prior to his filing bankruptcy so that he would not lose the 1957 Chevy. Having now pled guilty to bankruptcy fraud and concurrently agreed not to contest the forfeiture of the 1957 Chevy, Mr. Berkstresser is attempting to argue this agreement is based on ineffective assistance of counsel.

First, the Court notes that Mr. Berkstresser has failed to comply with Local Rule 7.1.A, Duty to Confer, for which he has previously been admonished. Second, Mr. Berkstresser has failed to contest the forfeiture through the proper means. By statute, Mr. Berkstresser is required to file a Claim to establish his standing to contest the forfeiture followed by an Answer within twenty days. 18 U.S.C. § 983(a)(4); Supplemental Rules G(5)(a) and (b).

In addition, the Court also notes that Mr. Berkstresser admits that he agreed not to contest the forfeiture. Motion at 1; Response, Exh. 2, Plea Agreement at ¶ 3. Before he can argue in this

proceeding that his guilty plea should be rejected for ineffective assistance of counsel, he must first establish in a habeas proceeding challenging his criminal proceedings that his guilty plea was not entered knowingly and voluntarily. Prior to such a finding in a habeas proceeding, Mr. Berkstresser's guilty plea precludes what is, in essence, a collateral attack on his sentence by seeking to carve out the portion of that guilty plea which he no longer desires to fulfill.

Mr. Berkstresser's Motion is improperly before the Court, and he has failed to comply with either the statutory requirement or the Local Rules. Accordingly, the Motion in Opposition to Civil Complaint for Forfeiture [Filed January 14, 2008; Docket #13] is **denied without prejudice**.

Dated at Denver, Colorado, this 8th day of February, 2008.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge