IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02271-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1957 CHEVROLET, VIN VC57S116597,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 10, 2008.**

    George Berkstresser's re-submitted Motion Contesting the Forfiture [sic] of Said Property [Filed March 7, 2008; Docket #22] is **stricken**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Mr. Berkstresser's previous Motion was denied without prejudice to provide him the opportunity to follow the requisite statutes and local rules, which he has failed to do.