IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02271-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1957 CHEVROLET, VIN VC57S116597,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 29, 2008.**

    Plaintiff's Motion requesting the value of the 1957 Chevrolet [Filed May 23, 2008; Docket #25] is **stricken**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Mr. Berkstresser's previous Motions have been denied without prejudice or stricken to provide him the opportunity to confer with opposing counsel as required by Local Rule 7.1.A, which he has again failed to do.