IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-02271-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1957 CHEVROLET, VIN VC57S116597,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING JUNE 9, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendation by the Magistrate Judge that Plaintiff's Motion for Default and Final Order of Forfeiture (Doc. # 33) be granted and that a Final Order of Forfeiture be entered.

An objection to the recommendation has been filed by George Berkstresser. In light of the objection to the recommendation by the Magistrate Judge, the Court has conducted a *de novo* review of the file, the issues, the recommendation, and Mr. Berkstresser's objection. Based on this comprehensive review of the file, the Court has concluded that the analysis and reasons set forth in the Magistrate Judge's recommendation are correct and that a Default Judgment and Final Order of Forfeiture is appropriate in this case.

Although Mr. Berkstresser has filed numerous *pro se* pleadings contesting forfeiture, his pleadings have been stricken because he has failed to comply with

requisite Rules of Procedure. Nonetheless, the Court has reviewed all pleadings filed by Mr. Berkstresser to evaluate this case on its merits as well. The Court notes that, as grounds for opposing the forfeiture of the vehicle in question, Mr. Berkstresser accepts no blame for his actions, but rather, points the finger of blame on his attorneys, arguing that in both instances he had ineffective assistance of counsel and did not understand what he was doing when he:

1. fraudulently conveyed possession of the 1957 Chevrolet at issue in this matter to his grandson in order to conceal it from his creditors and as part of a scheme to defraud the bankruptcy court [not to mention other assets which he also concealed]; and

2. agreed to plead guilty to bankruptcy fraud in violation of 18 U.S.C. §157, and also agreed not to contest the forfeiture of the 1957 Chevrolet at issue in this matter.

"Ineffective assistance of counsel" as described by Mr. Berkstresser and as demonstrated by the record in this case does not constitute a valid defense to the forfeiture of the 1957 Chevrolet at issue in this matter. Mr. Berkstresser pled guilty to bankruptcy fraud and accepted the benefits of the plea agreement he entered into. Mr. Berkstresser is bound by both those decisions and is estopped from now contending that he should not be bound because he had ineffective assistance of counsel. Accordingly,

IT IS ORDERED that the June 9, 2008 Recommendation of United States Magistrate Judge (Doc. # 35) is ACCEPTED and, for the reasons cited therein, as well

as for the reasons cited above, Default Judgment and Final Order of Forfeiture (Doc. # 33) is hereby granted as follows:

1. that default judgment and forfeiture of defendant property 1957 CHEVROLET, VIN VC57S116597, including all right, title, and interest, shall enter in favor of the United States;

2. that the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with the law; and

3. that Default Judgment and a Final Order of Forfeiture be entered, which shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

DATED: November  12 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge